## THOMAS v. FIRST NAT. BANK OF ROFF *et al.*

No. 5370.    Opinion Filed September 21, 1915.

(151 Pac. 1019.)

APPEAL AND ERROR—Failure to File Brief—Dismissal. Where plaintiff in error fails to file a brief, as required by rule 7 (38 Okla. vi, 137 Pac. ix), and no excuse is offered therefor, and no error is apparent on the record or case-made, the appeal will be dismissed.

(Syllabus by Devereux, C.)

*Error from District Court, Pontotoc County;*
*Thomas D. McKeown, Judge.*

Action by First National Bank of Roff, Okla., a corporation, and others against Joe L. Thomas. From the judgment, Thomas brings error. Dismissed.

*Wimbish & Duncan,* for plaintiff in error.

*Bullock & Kerr,* for defendants in error.

Opinion by DEVEREUX, C. This case was docketed in this court on July 23, 1913, and was submitted on Sep-

tember 13, 1915. No briefs have been filed by the plaintiff in error, no additional time asked within which to file briefs, and no excuse offered for failure to comply with rule 7 (38 Okla. vi, 137 Pac. ix). We have examined the record, and the judgment appears to be correct.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.